

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6168

CR - FERGUSON

IN RE MOTION TO SEAL
INDICTMENT AND
ARREST WARRANT

FILED by _____ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

MOTION TO SEAL

MAGISTRATE JUDGE
SNOW

COMES NOW The United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the indictment, penalty sheets, certificate of trial attorney and arrest warrants in the above-numbered case (except for copies of the arrest warrant for law enforcement purposes) be filed under seal until the arrest of the first defendant. The grounds for this motion are to prevent the defendants from learning of the existence of this indictment in order to assure that the defendants are apprehended in the safest manner possible and to prevent the possibility that the defendants may flee or change locations if they learn of this indictment prior to arrest.

Further, the government requests that the agent be provided a copy of the arrest warrants by the Clerk's Office.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No: 343226
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Tel: 954-356-7255 ext. 3559    Fax: 954-356-7336