# COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

FILED JUN 21 2000 CLARENCE MADDOX CLK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

DEFT: MARK COHEN (J)            CASE NO: 00-6168-CR-FERGUSON
AUSA: LYNN ROSENTHAL /mr        ATTY:
AGENT: HUD                      VIOL: 18:371; 1344
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND 100,000 CSB
BOND HEARING HELD - yes/no      COUNSEL APPOINTED
        BOND SET @ 50,000 CSB w/ Nebbia
        SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Gov't ore tenus motion to unseal - granted
advised of charges - sworn for appmt
of counsel. CJA counsel to be appointed
reduction to PSB may be considered
if cosigners could be found.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF: 7-31  11  -55

Date: 6-21-00  Time 11:00  FTL/LSS TAPE #00- 030  Begin: 2372  End:

re-call 361