# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR_____
           Plaintiff )
            )
    -vs- ) REPORT COMMENCING CRIMINAL
            ) ACTION
__Mark Cohen__ ) 55357-004
      Defendant

FILED by _____ D.C.
JUN 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: __06/20/00__ AM __1:30__ (PM)

(2) LANGUAGE(S) SPOKEN: __English__

(3) OFFENSE(S) CHARGED: __18USC 371-Conspiracy; 18USC 1010-HUD Fraud;__
__18USC 1344-Bank Fraud; 18USC 1014-Loan Fraud__

(4) UNITED STATES CITIZEN: (✓) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: __01/15/56__

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT    [ ] COMPLAINT    CASE # __00-6168-CR-Ferguson__

    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: __Southern District of Florida__
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

AMOUNT OF BOND: $ __100,000 CSB__ WHO SET BOND? __Judge L.A. Snow__

(7) REMARKS: _____

(8) DATE __06/20/00__ (9) ARRESTING OFFICER __S.A. Ruth Valdes__

(10) AGENCY __HUD - OIG__ (11) PHONE __305-___-____

(12) COMMENTS _____

/3