UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA

vs

MARK COHEN

ARRAIGNMENT INFORMATION SHEET

*FILED by ___ D.C.*
*JUN 21 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 21, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY__

                      Telephone: _____

DEFENSE COUNSEL:      Name: __PHILIP HOROWITZ, ESQ.__

                      Address: _____

                      Telephone: _____

BOND SET/CONTINUED:   $ __50,000 CORPORATE SURETY W/NEBBIA__

Bond hearing held: yes __X__  no ____  Bond hearing set for _____

Dated this __21ST__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-030__

cc: Copy for Judge
    U. S. Attorney