# United States District Court

SOUTHERN DISTRICT OF FLORIDA  484775

UNITED STATES OF AMERICA
V.
MARK COHEN

## WARRANT FOR ARREST

**CASE NUMBER: 00-6138**

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __MARK COHEN__

**CR-FERGUSON**

Name

**MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense) CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD

in violation of Title __18__ United States Code, Section(s) __371, 1344, 1014, 1010 AND 2__

---

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

*Signature of Issuing Officer*

Date and Location

**Lurana S. Snow**
by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

Bail fixed at $ __100,000   CSB__

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/20/00 | James A. Tassone, U.S. Marshal | |
| DATE OF ARREST | | |
| 6/20/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

