UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,         :

    Plaintiff,                :

v.                                :

MARK COHEN, et al.,               :

    Defendants.               :

_____

**O R D E R**

THIS CAUSE is before the Court on defendant **Paul Saltz'** Motion for Specific <u>Brady</u> Material (DE 58) and Motion to Interview Prospective Witnesses (DE 64), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Government shall respond to the motions, on or before August 11, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of August, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Ted Crespi, Esq.
Donald Bierman, Esq.
Robert Josefsberg, Esq.
John Howes, Esq.
Gary Kollin, Esq.