## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MARK COHEN (J) # 55357-004        CASE NO: 00-6168-CR-FERGUSON

AUSA: LYNN ROSENTHAL — pres           ATTY: PHILIP HOROWITZ, ESQ. — pres

AGENT:                                  VIOL:

PROCEEDING:  BOND MODIFICATION          RECOMMENDED BOND:  BOND SET AT 50,000 CSB w/NEBBIA

BOND HEARING HELD (yes) no              COUNSEL APPOINTED:

BOND SET @:                             To be cosigned by:

FILED AUG - 1

- ☐ Do not violate any law.
- ☐ Appear in court as directed.          *Argument heard*
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed / or *daily* x's a week/month by phone; _____ x's a week/month in person       *Motion to reduce*
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.           *bond Granted.*
- ☐ Maintain or seek full - time employment.            *Bond set @*
- ☐ No contact with victims / witnesses.            *25,000 CSB w/Nebbia*
- ☐ No firearms.                                        *50,000 PSB*
- ☐ Curfew: _____                              *Additional conditions*
- ☐ Travel extended to: _____                   *to be set at Nebbia*
- ☐ Halfway House _____                          *hearing.*

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:     *Gov't has until 4:30 today*
PTD/BOND HEARING:       *to file an appeal.*
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 8/1/00   TIME: 10:30   FTL/LSS TAPE # 00- 039   Begin: 1175   End: 1199

85