UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,        :

    Plaintiff,               :

v.                                :

MARK COHEN, et al.,               :

    Defendants.              :

FILED by ___ D.C.
AUG - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE is before the Court on defendant **Mark Cohen's** Motion for Reduction of Bond (filed July 10, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. A hearing was held on the motion on August 1, 2000. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant Cohen's bond shall be reduced to $25,000.00 corporate surety with Nebbia and $50,000.00 personal surety. Additional conditions will be set at the Nebbia hearing.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of August, 2000, nun pro tunc August 1, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Phil Horowitz, Esq.
Pretrial Services (FTL)

