UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                     CASE NO.: 00-6168-CR-FERGUSON

MARK COHEN,

                        Magistrate Judge Snow

    Defendant.
_____/

## STIPULATION FOR NEBBIA BOND REQUIREMENT

IT IS HEREBY STIPULATED between Philip R. Horowitz, Esq. and Roger Steffin, Esquire, Assistant United States Attorney, that the $25,000 corporate surety bond being posted with the Court for the Defendant MARK COHEN in the above cause has met and satisfied the Nebbia condition imposed by this Court.

| | |
|---|---|
| ROGER STEFFIN, ESQUIRE<br>Assistant U.S. Attorney<br>500 East Broward Blvd.<br>Suite #700<br>Ft. Lauderdale, FL 33301<br>Tel.: (954) 356-7255 | PHILIP R. HOROWITZ, ESQUIRE<br>Attorney for Defendant<br>Suite #328 - Southpark Centre<br>12651 South Dixie Highway<br>Miami, Florida 33156<br>Tel.: (305) 232-1949<br>Fax.: (305) 232-1963 |
| By: ROGER STEFFIN, ESQUIRE<br>Fla. Bar No.: 287334 | By: PHILIP R. HOROWITZ, ESQ.<br>Florida Bar No.: 466557 |



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of August, 2000 to: LYNN ROSENTHAL, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant COHEN
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

2