UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                     CASE NO.: 00-6168-CR-FERGUSON

MARK COHEN,

                         Magistrate Judge Snow

    Defendant.
_____/

### ORDER ON
### STIPULATION FOR NEBBIA BOND REQUIREMENT

THIS CAUSE having some before this Court on the parties' stipulation regarding the <u>Nebbia</u> requirement for the Defendant's $25,000 corporate surety bond and the Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the <u>Nebbia</u> condition of the Defendant's aforementioned bond is hereby satisfied and the Defendant may be released upon the posting of the bond.

DONE AND ORDERED at Ft. Lauderdale, Florida this 16th day of August, 2000.

                                    LURANA S. SNOW
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Roger Steffin, AUSA
Philip R. Horowitz, Esq.

