UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK COHEN
ERIC SILVERMAN
BRUCE HOLLANDER
KENNETH HEYDER
JEAN LINDOR
JEAN DUFRALESSI f/k/a JEAN DUFRESNE and
PAUL SALTZ,

    Defendants.
_____/



## MOTION TO CONTINUE

The United States of America moves this Court for a continuance of the trial in this cause and as grounds therefore would state:

On August 25, 2000, the undersigned received notice that she received a one-year detail to the Sentencing Commission. That detail is set to begin September 5, 2000. The case is scheduled for calendar call for September 5, 2000.

Insofar as this case is a complicated mortgage fraud scheme, it will take a new assistant United States Attorney time to come up to speed.

1



Wherefor, the United States moves this Court to continue the trial.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

LYNN D. ROSENTHAL
ASSISTANT U. S. ATTORNEY
Florida Bar No. 343226
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this August 29, 2000 to: Phillip Horowitz, 15651 South Dixie Highway, Suite 328, Miami, Florida 33156, Ted Crespi, 1776 North Pine Island Road, Suite 218, Plantation, Florida 33322, Theodore Klein, 800 Brickell Ave., Penthouse 2, Miami, Florida 33131, Robert Josefsberg, 800 City National Bank Building, 25 West Flagler Street, Miami, Florida 33130, John Howes, 633 Southeast 3rd Ave., Suite 4F, Fort Lauderdale, Florida 33301 David Joffe, 2900 Bridgeport Ave., Suite 401 Miami, Florida, 33133.

Lynn D. Rosenthal
Assistant United States Attorney

2