UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CASE NO.: 00-6168-CR-FERGUSON

MARK COHEN,
                       Magistrate Judge Snow
    Defendant.
_____/

### MOTION FOR CONTINUANCE OF TRIAL

COMES NOW the Defendant MARK COHEN by and through his undersigned counsel and moves this Court for the entry of an order continuing the trial of this matter and in support thereof states as follows:

1. That on or about June 21, 2000 the Defendant was arrested on the indictment in this case.

2. While the Defendant was arraigned on the same date, he was not able to be released on bond until approximately two weeks ago.

3. On August 9, 2000 the undersigned (without the Defendant) attended a discovery conference at the HUD offices in Miami. The discovery in the case consists of 35 or so boxes of documents the bulk of which pertain to over 100 real estate transactions.

4. Due to the voluminous nature of the discovery in this case, the receipt of the discovery is ongoing. The defendant recently requested two audio tapes and is awaiting receipt of those from law enforcement.

4. This case was set one time previously for trial for the July 31, 2000 trial period, however, the case was continued.

5. Therefore, barely more than sixty (60) days will have



elapsed since the Defendant was arraigned throughout this trial period and less than thirty days since the bulk of the discovery was reviewed without the Defendant being able to have access to the documents to assist counsel in the preparation of his defense.

6. Therefore, a continuance of forty five (45) days is being respectfully requested.

7. This motion is being made in good faith and not merely for purposes of delay.

8. That on August 31, 2000 per Local Rule 88.9 the attempted to speak with Assistant United States Attorney Lynn Rosenthal, however, the voice mail message related that Ms. Rosenthal has relocated to Washington, D.C. and the undersigned has no information as to whom this case is being reassigned to.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court continue the trial of this case as requested.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of September, 2000 to: Office of the United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

2

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant COHEN
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

_____
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

3