UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                  CASE NO.: 00-6168-CR-FERGUSON

MARK COHEN,

                   Magistrate Judge Snow
    Defendant.
_____/

## MOTION FOR MODIFICATION OF BOND CONDITIONS

COMES NOW the Defendant MARK COHEN by and through his undersigned counsel and moves this Court for the entry of an order modifying his bond conditions so that the frequency of his "in person" reporting requirements are reduced and modified and in support thereof states as follows:

1. That on or about June 21, 2000 the Defendant was arrested on the indictment in this case.

2. On August 17, 2000 the Defendant was released on a $25,000 corporate surety bond and a $50,000 personal surety bond. As a condition of his bond the Defendant was required to report <u>daily</u> "in person" to U.S. Pretrial Services. The Defendant has been reporting faithfully as directed.

3. Now, more than thirty (30) days has passed and the defendant, who cannot drive, in employed in the Pompano Beach area of Broward County. On a daily basis, his girlfriend drives the Defendant from their home in Hollywood to work then picks him up in the afternoon to take him to Pretrial Services and then picks him up at the end of the day.

4. The requested modification is to have the defendant report



"in person" once a week and by telephone twice times per week.

5.    On September 18, 2000 the undersigned spoke with U.S. Pretrial Services Officer Gavin Churchill and he has no objections to the modification as requested.

6.    That also on September 18, 2000 per Local Rule 88.9 the attempted to speak with Assistant United States Attorney Jeffrey Kaplan, however, Mr. Kaplan was unavailable and a voice mail message was left.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court modify the Defendant's reporting conditions as requested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of September, 2000 to: JEFFREY KAPLAN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant COHEN
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

2