UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      CASE NO.: 00-6168-CR-FERGUSON

MARK COHEN,

    Magistrate Judge Snow

    Defendant.
_____/

## MOTION FOR MODIFICATION OF BOND CONDITIONS

COMES NOW the Defendant MARK COHEN by and through his undersigned counsel and moves this Court for the entry of an order modifying his conditions of bond to allow him to change his residence address and as grounds therefor would state as follows:

1. That on or about June 21, 2000 the defendant along with numerous other individuals was arrested on the indictment in the instant case.

2. That also on August 17, 2000 the defendant was released on a $25,000 corporate surety bond and a $50,000 personal surety bond which were ordered by United States Magistrate Judge Lurana S. Snow.

3. That one of the conditions of the Defendant's bond is to reside at his residence located at 320 Nebraska Street, Apt. #3 in Hollywood, Florida.

4. The Defendant is desirous of moving to 317 Van Buren Street also in Hollywood but cannot do so without further order of this Court.

5. On April 9, 2001, the undersigned spoke with Mr. Gavin Churchill of United

1



States Pretrial Services who stated that his office had no objection to the granting of this motion.

6. On April 9, 2001 pursuant to Local Rule 88.9 the undersigned attempted to speak with Assistant United States Attorney Jeffrey Kaplan however he was not available and a voice mail message was left.

WHEREFORE, the Defendant MARK COHEN respectfully requests that this Court enter an order permitting the aforementioned address change.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of April 2001 to: JEFFREY KAPLAN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MR. GAVIN CHURCHILL, United States Pretrial Services Officer, 299 East Broward Boulevard, 3rd Floor, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant COHEN
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

2

LAW OFFICES OF PHILIP R. HOROWITZ
SOUTHPARK CENTRE • SUITE 328 • 12651 SOUTH DIXIE HIGHWAY • MIAMI, FLORIDA 33156 • (305) 232-1949