

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO.: 00-6168-CR-FERGUSON

MARK COHEN,

                            Magistrate Judge Snow

    Defendant.
_____/

## MOTION FOR CONTINUANCE OF TRIAL

    COMES NOW the Defendant MARK COHEN by and through his undersigned counsel and moves this Court for the entry of an order continuing the trial of this matter and in support thereof states as follows:

    1. That on April 10, 2001, this Court entered an order setting the trial of this matter to the trial period commencing April 23, 2001 in Ft. Lauderdale, Florida.

    2. Many months prior to this order, the undersigned did commence a specially set trial in United States vs. Gerardo Hernandez, et al., Case No.: 98-721-CR-LENARD in Miami on November 27, 2000. This case, also known as the alleged "Cuban Spy" case, had been pending for more than two years and involves monstrous amounts of classified material.

    3. During jury selection, the prospective members of the jury were informed that the case would last until mid to late February 2001. However, as mid-January, 2001 rolled around, it appeared that the estimates of the trial date were way off. At the time the jury was informed that the trial would take until mid to late March 2001 to

1

complete.

4. On March 2, 2001, the government rested it case-in-chief. On March 16, 2001, the jury was informed that the latest trial estimate for the competition of the evidence in the "Cuban Spy" trial is now late April 2001.

5. As of the date of this motion, It is now estimated that the trial will go to the jury at some point in May 2001. This exceeds the government's prior trial length estimate by more than three months. Therefore, this trial will conflict with the recent trial setting of this Court.

6. That this motion is being made in good faith and not merely for purposes of delay.

7. Should this motion be granted, for scheduling purposes, the undersigned is specially set for trial for 6-8 weeks in <u>United States vs. Ellis, et al.</u> commencing July 9, 2001 in Miami with United States District Judge Paul Huck.

8. On April 10, 2001, pursuant to Local Rule 88.9, the undersigned spoke with Assistant United States Attorney Jeffrey Kaplan and he has no objection to this motion.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court continue the trial of this case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of April 2001 to: JEFFREY KAPLAN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to JOEL HIRSCHHORN, ESQUIRE, 2600 Douglas Road, Penthouse #1, Coral

Gables, Florida 33134.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant COHEN
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557