FILED by PH
MAY 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,
Vs.

Case No. 00-6168-CR-FERGUSON

MARK COHEN (B)
BRUCE HOLLANDER (B)
Defendant.
_____/

## ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed by the parties, in open court, on May 14, 2001. The Court having considered the motion, therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **July 2, 2001, and Calendar Call is scheduled for 3:15 p.m. on Monday, June 25, 2001**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (5/14/01 to 7/2/01) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 17th day of May 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies: Lynn Rosenthal, AUSA, Phil Horowitz, Esq., and Joel Hirschhorn, Esq.,