PS 8(8/88)

# United States District Court
### for
### SOUTHERN FLORIDA

U. S. A. vs. COHEN, MARK　　　　　　　　　　　　　　　　　Docket No. 00-6168-CR-FERGUSON

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>GAVIN B. CHURCHILL</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>MARK COHEN</u> who was placed under pretrial release supervision by the Honorable <u>LURANA S. SNOW</u> sitting in the court at <u>FT. LAUDERDALE</u>, on the <u>21ST</u> day of <u>JUNE</u>, 2000 under the following conditions:

1. Report to Pretrial Services every day in person; and
2. Travel is restricted to the Southern District of Florida.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On August 17, 2000, the defendant was released on bond and he has been reporting to Pretrial Services every day as directed. On September 17, 2000, the defendant's attorney Philip R. Horowitz, Esquire filed a motion to modify the defendant's bond to report to Pretrial Services once a week in person and twice a week by telephone. This officer did not object to the motion to modify the conditions of release. As of today's date, Your honor has not ruled on the defense motion.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED TO ORDER THE DEFENDANT TO REPORT TO PRETRIAL SERVICES ONCE A WEEK IN PERSON AND TWICE A WEEK BY TELEPHONE.**

ORDER OF COURT

Considered and ordered this ____ day of _____, 2001 and ordered filed and made a part of the records in the above case.

Honorable Wilkie D. Ferguson, Jr.,
U. S. District Court Judge

Respectfully,

Gavin B. Churchill
U.S. Pretrial Services Officer

Place ___FT. LAUDERDALE, FLORIDA___

Date ___07/26/2001___

