**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 5 2001

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6168-CR-WDF__        Date: __September 4, 2001__

Clerk: ~~Troy Walker~~ D. M<sup>c</sup>Intosh    Reporter: __Stephen Franklin__

USPO: _____    Interpreter: __None__

**UNITED STATES OF AMERICA vs.** __MARK COHEN (B)__

AUSA: __Jeff Kaplan__

Defendant(s) Counsel: __Phil Horowitz, Esq.,__

Defendant(s) Present_____ Not Present __✓__ In Custody_____

Reason for hearing: __Calendar Call__

Result of hearing: __Defendant will plea__

Case Continued to: __9/30/01__ Time: __9:00__ P.M. __Change of Plea__

174