UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA
Plaintiff,

Vs.

MARK COHEN (B)

Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been reset for **CHANGE OF PLEA** on

Thursday, September 20, 2001 at 9:00 a.m., before the Honorable Wilkie D. Ferguson, Jr.,

United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this 5th day of September 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Jeff Kaplan, AUSA
Phil Horowitz, Esq.,
U.S. Marshal