# COURT MINUTES
# BARRY S. SELTZER

**U.S. MAGISTRATE JUDGE** — **FORT LAUDERDALE, FLORIDA**

| | |
|---|---|
| DEFT: MARK COHEN (B) | CASE NO: 00-6168-CR-FERGUSON (s) |
| AUSA: JEFFREY KAPLAN /Bch,ch( | ATTY: PHILIP HOROWITZ |
| AGENT: | VIOL: |
| PROCEEDING: ARRAIGNMENT ON SUPERSEDING | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
~~Standing~~ ...

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 9/17/01  TIME: 11:00  FTL/LSS TAPE # 01 - C6-9  Begin: 3/74  End: 3235

/81/