UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-WDF(s)

FILED by _____

SEP 17 2001

CLARENCE MADDOX
CLERK U S DIST. CT.
S D OF FLA FT. LAUD

UNITED STATES OF AMERICA

vs

MARK COHEN

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on SEPTEMBER 17,2001,where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                Address: ON BOND FORM _____

_____

Telephone:_____

DEFENSE COUNSEL:          Name: ____ PHILIP HOROWITZ, ESQ. _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:       $_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this 17TH day of SEPTEMBER ,2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
Deputy Clerk

Tape No. 01- 009

cc: Copy for Judge
    U. S. Attorney