JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,         :

          PLAINTIFF,         :

v.                                :

MARK COHEN                        :

          DEFENDANT.         :

FILED by ___ D.C.

DEC 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE UNDER SECTION 5K1.1 OF THE SENTENCING GUIDELINES

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for a downward departure from the guideline range of the defendant under Section 5K1.1 of the Sentencing Guidelines and states as follows:

    1.    On September 6, 2001, the defendant was charged in twelve counts of a thirteen-count superceding indictment which also charged Bruce Hollander and Jean Lindor. Count I of the indictment charged him with conspiring to commit wire and mail fraud, and to make false statements in order to obtain a HUD insured loan, in violation of 18 U.S.C. Section 371. On September 20, 2001, the defendant pled guilty to Count I of the Indictment. The PSI currently reflects that the guideline range of the defendant is 46-57 months.

    2.    The defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense. The defendant assisted the



government in the prosecution of co-defendant Bruce Hollander. Cohen testified at the trial of co-defendant Hollander. On November 27, 2001, co-defendant Hollander was convicted of each of the thirteen counts in the indictment.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By:    _____
        JEFFREY N. KAPLAN
        ASSISTANT U.S. ATTORNEY
        Court No. A5500030
        500 E. Broward Blvd., 7th Flr
        Fort Lauderdale, Fl 33394
        (954) 356-7255
        (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 6th day of December, 2001 to Philip Horowitz, Esquire, Two Datran Center, 9130 S. Dadeland Blvd., Suite 1910, Miami, Florida 33156.

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY