SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # _____ 00-6168-CR-WDF _____

DEFENDANT  MARK COHEN, (B) _____   JUDGE   Wilkie D. Ferguson, Jr.

Deputy Clerk   Deloris McIntosh _____   DATE   December 7, 2001 _____

Court Reporter   Patricia Sanders _____   USPO   Tracy Webb _____

AUSA   Jeff Kaplan _____   Deft's Counsel   Phil Horowitz, Esq., _____

COUNTS DISMISSED   All Others _____

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   10 Days to Appeal

____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts | |
|---|---|---|---|---|
| | | 32 | 1 | credit for time served |
| | | | | |
| | | | | |

(Supervised Release)
| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1 |
| | | | |

Comments  Participate in drug/alcohol abuse program while incarcerated; Maintain employment; Provide Access to financial Records; Recommend facility in North Florida
Motion to dismiss all other counts granted

Assessment $  100 _____   Fine $  N/A _____

(Restitution)/Other  $265,896.98 Joint + Severally _____

____ Remanded to the Custody of the U. S. Marshal Service   ____ Release on bond pending appeal

__✓__ Voluntary Surrender to (designated institution or U. S. Marshal Service) on  3/1/02

Commitment Recommendation: _____