UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                           CASE NO.: 00-6168-CR-FERGUSON

MARK COHEN,

                              Magistrate Judge Snow

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS

THIS CAUSE came on before the Court upon Defendant MARK COHEN's Motion for Change of Residence Address as outlined in his motion bearing certificate of service date of December 28, 2001 and the Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows: _THE MOTION IS GRANTED._ _THE DEFENDANT MAY RESIDE AT 326 HARRISON ST, #163, HOLLYWOOD, FL UNTIL THE DATE OF SURRENDER._

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this _16th_ day of _Jan._, 2002.

_____
UNITED STATES _DIST._ JUDGE

cc: Counsel of Record
    U.S. Pretrial Services