UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-Hurley



### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Mark Cohen

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr.

Date of Original Sentence: December 7, 2001

FILED by _____ D.C.
MAR - 8 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Original Offense: Conspiracy, 18 U.S.C §371, a Class D felony

Original Sentence: Thirty- two (32) months BOP, followed by three (3) years supervised release. Special conditions included, drug/alcohol treatment, financial disclosure, maintain employment and prior approval from the probation officer before entering into any self employment

Type of Supervision: Supervised Release       Date Supervision Commenced: December 26, 2003

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about January 8, 2004, the defendant submitted a urine specimen which tested positive for the presence of cocaine in the local laboratory in the Eastern District of North Carolina. Additionally, the defendant signed an Admission of Drug Use Form.

U.S. Probation Officer Action:

The defendant completed the BOP inpatient drug treatment program. Additionally, prior to his release on December 26, 2003, he was enrolled in outpatient therapy while residing in a CCC. According to Kevin Connolley, Officer in Charge, Eastern District of North Carolina, the defendant was forthcoming about his drug use and his need to re-establish himself in a recovery program. He has maintained full-time employment and a

RE: COHEN, Mark
Docket No. 00-6168-CR-Hurley

stable residence. As such, it is recommended that Your Honor take no action at this time and allow him to enter outpatient drug treatment.

Respectfully submitted,

by

Dedra M. Pratt
U.S. Probation Officer
Phone: (954) 769-5524
Date: February 5, 2004

---

[X] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

March 4, 2004
Date