PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 64369

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6168-CR-Hurley

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Mark Cohen

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr.

Date of Original Sentence: December 7, 2001

FILED by _____ D.C.

SEP - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Original Offense: Conspiracy, 18 U.S.C §371, a Class D felony

Original Sentence: Thirty- two (32) months BOP, followed by three (3) years supervised release. Special conditions included, drug/alcohol treatment, financial disclosure, maintain employment and prior approval from the probation officer before entering into any self employment

Type of Supervision: Supervised Release        Date Supervision Commenced: December 24, 2003

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[x]  To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $25 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64369

# CAUSE

The defendant was released to the Eastern District of North Carolina upon his BOP release. In February 2004, he signed a Financial Obligation Agreement (FOA) to make monthly restitution payments of $600. In January 2005, his supervision was transferred to this district. Prior to the transfer, he made consistent restitution payments. However, since being supervised in this district he has been unable to meet his obligation. In April 2005, he became unemployed and he began experiencing medical problems. The defendant suffers from hypertension and he has been unable to stabilize this condition. He has since applied for disability benefits. While he is awaiting the decision from the Social Security Administration, his brother has agreed to assist him financially. As such, it has been determined that he will be able to make monthly restitution payments of $25. Please find the attached Prob 49, Waiver of Hearing Form, for Your Honor's review. Should your Honor be in agreement with this recommendation, please indicate below.

Respectfully submitted,

by

Dedra M. Pratt  
U.S. Probation Officer  
Phone: (954) 769-5524  
Date: August 19, 2005

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

Sept. 2 2005  
Date

PROB 49                                                                      SD/FL PACTS #64369
(3/89)

**CONFIDENTIAL**
**DO NOT FILE   DO NOT SCAN**
**RETURN TO PROBATION**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall pay restitution at the rate of $25.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

Witness: _____       Signed: _____
           U.S. Probation Officer                                         Supervised Releasee
             Dedra Pratt

                                      August 18, 2005
                                                Date