PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 64369

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6168-CR-Hurley</u>



## REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Mark Cohen

Name of Reassigned Judicial Officer: Daniel T. K. Hurley, U.S. District Judge, West Palm Beach, Fl

FILED by _____ D.C.

AUG 21 2006

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

Date of Original Sentence: December 7, 2001

Original Offense:   Conspiracy, 18 U.S.C §371, a Class D felony

Original Sentence:   Thirty- two (32) months BOP, followed by three (3) years supervised release. Special conditions included, drug/alcohol treatment, financial disclosure, maintain employment and prior approval from the probation officer before entering into any self employment. The defendant was ordered to pay a $100 special assessment and restitution in the sum of $265,896.98.

Type of Supervision: Supervised release        Date Supervision Commenced: December 24, 2003

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by failing to satisfy the court-ordered restitution. On December 7, 2001, restitution in the amount of $265,896.98 was ordered by the court and the defendant has failed to satisfy this financial obligation as ordered. |

U.S. Probation Officer Action:

   Throughout the defendant's term of supervised release, this office has been monitoring his ability to make restitution towards his court ordered financial obligation. The defendant has paid the court ordered restitution to the best of his ability. The defendant's term of supervised release is set to terminate on December 23, 2006, and he will not be able to satisfy this financial obligation in full.

PROB 12A  
(SD/FL 10/01)                                                                                           SD/FL PACTS No. 64369

      The defendant has signed a Consent Agreement Form indicating he will continue to make payments in the amount of $25 per month towards his court-ordered financial obligation until said obligation has been satisfied. The Consent Agreement Form has been forwarded to the U.S. Attorney's Office. Additionally, contact was established with Assistant U.S. Attorney, Jeffrey Kaplan, who indicated he had no objection in allowing the defendant's term of supervised release to expire, as long as he continued to make monthly payments until the financial obligation was satisfied. As a result, it is respectfully requested that Your Honor take no further action and allow the defendant's term of supervised release to expire normally.

Respectfully submitted,

by

Dedra Pratt  
U.S. Probation Officer  
Phone: (954) 769-5524  
Date: August 14, 2006

[✓]   Concur with action(s) taken by the U.S. Probation Officer  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision  
[ ]   Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

_____  
Date