SD/FL PACTS NO. 64369

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6168-CR-Hurley

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Mark Cohen

    Defendant.

_____/

### CONSENT AGREEMENT

    The United States of America and Mark Cohen, hereby stipulate and agree to enter into a payment schedule to satisfy the $ 265,896.98 restitution imposed in the Judgment and Probation Commitment Order entered herein on December 7, 2001, against Defendant Mark Cohen, pursuant to the following terms.

    1.    The defendant, Mark Cohen, shall pay the restitution balance of $ 260,209.48, plus any statutory interest pursuant to 18, USC, 3612(f) to the United States of America at the rate of $ 25 per month, beginning the first day of the month following expiration of supervision and each month thereafter until the obligation is paid in full, or the expiration of 20 years plus time of incarceration pursuant to 18, USC, Section 3613(b), which ever occurs first.

SD/FL PACTS NO. 64369

2.  The Defendant Mark Cohen, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida and mailed to the:

>   Clerk of the Court
>   U.S. District Court
>   Southern District of Florida
>   Financial Section
>   301 North Miami Avenue, Room 150
>   Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3.  The Defendant, Mark Cohen, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4.  The Defendant Mark Cohen, consents that the United States may still apply towards the balance of the restitution, any I.R.S. tax refund due the defendant, through the I..R.S. Offset program pursuant to 31, USC, Section 3720 A.

5.  The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to pursue legal remedies to seek collection of the balance of the judgment.

6.  The Defendant, Mark Cohen, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

SD/FL PACTS NO. 64369

7. The parties agree that upon the complete satisfaction of the $ 265,896.98 restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

_____
Defendant: Mark Cohen
Address: 1503 Hayes Street
Hollywood, FL 33020
Phone: (954) 925-6286
(954) 376-2148
SSN: 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

By: R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
Elizabeth Ruf Stein
Assistant U.S. Attorney
Financial Litigation Unit
99 N.E. 4th Street, #313
Miami, Florida 33132-2111
Phone: (305) 961-9313
Fax: (305) 530-7195
FL Bar No: 354945
Email: elizabeth.stein@usdoj.gov

_____
Dedra Pratt
U.S. Probation Officer
Address: 6100 Hollywood Blvd.
Suit 501
Hollywood, FL 33024
Phone: (954) 769-5524
Fax: (954) 967-9125

Dated this __11__ day of __August__, __2006__.