UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK COHEN,

    Defendant.
_____/

FILED by ____ D.C.
OCT - 2 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $265,896.98, entered on December 7, 2001, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida this 2ND day of Oct., 2006.

_____
DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Elizabeth Ruf Stein, AUSA
    Dedra Pratt, USPO
    Mark Cohen, Defendant